UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOUTHERN SPECIALTIES, INC., <br><br> Plaintiff, <br><br> v. <br><br> Z&S FRESH, INC., <br> Z&S DISTRIBUTING COMPANY, INC., <br> MARTIN J ZANINOVICH, <br> LOREN SCHOENBURG, & <br> MARGE SCHOENBURG <br><br> Defendants. | 1:09-CV-00832-OWW-GSA <br><br> **ORDER DISMISSING ACTION** |

   Pursuant to the notice of voluntary dismissal filed pursuant to FRCvP 41,

   IT IS HEREBY ORDERED that this matter is dismissed without prejudice.


IT IS SO ORDERED.

**Dated:   July 22, 2010**                           /s/ Oliver W. Wanger
                                               UNITED STATES DISTRICT JUDGE

1